UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE R. MOILANEN,

    Plaintiff,

                                                 File No. 1:10-cv-1293

v.

                                                 HON. ROBERT HOLMES BELL

ROOSEVELT SHERROD, et al.,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 30, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's claims for injunctive and declaratory relief be dismissed as moot, that Plaintiff's claims for damages against Defendants in their official capacities be dismissed with prejudice as barred by the eleventh amendment, and that Defendants' motion for summary judgment (Dkt. No. 9) be granted.

On April 10, 2012, the Magistrate Judge granted Plaintiff's motion for an extension of time to file objections to the R&R. (Dkt. No. 33.) Plaintiff was granted a generous 60 day extension, with objections due on June 5, 2012.  That extended deadline has now expired, and no objections have been filed.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the March 30, 2012, R&R (Dkt. No. 30) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 9) is **GRANTED**.


Dated: June 7, 2012                                        /s/ Robert Holmes Bell
                                                                                 ROBERT HOLMES BELL
                                                                                 UNITED STATES DISTRICT JUDGE